## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 2 & 4 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad & Rami Jafilan | | |

**DOCKET ENTRY TEXT**

Case called for arraignment. Due to procedural error, defendants were not present. Arraignment is reset for 07/21/08 at 2:00 p.m.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | LXS |
|---|---|---|