

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA
                Plaintiff,

        v.

AHMAD ALI AHMAD,

                Defendant.

Case No. 08-cr-374 - 2

Judge Samuel Der-Yeghiayan

Magistrate Judge Nan R. Nolan

## ORDER

It is hereby ordered that, pursuant to the regulations of McHenry County Jail, Ahmad Ali Ahmad, inmate number 81273, is allowed contact visits.

Dated: July 21, 2008

                          Nan R. Nolan

                    Magistrate Judge Nan R. Nolan