Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 2 | **DATE** | 07/24/08 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Enter Order.

Docketing to mail notices.