IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA
          Plaintiff,
   v.
AHMAD ALI AHMAD,
          Defendant.

Case No. 08-cr-374-2
Judge Samuel Der-Yeghiayan
Magistrate Judge Nan R. Nolan

## ORDER

It is hereby ordered that, pursuant to the regulations of McHenry County Jail, Ahmad Ali Ahmad, inmate number 81273, is allowed ten (10) contact visits.

Dated: July 24, 2008

_Nan R. Nolan_
Magistrate Judge Nan R. Nolan

CHI99 5008337-1.099744.0063